IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHRYN JEZWINSKI                                                                    PLAINTIFF

V.                                          CASE NO.  4:08CV04211

CITY OF JACKSONVILLE, ARKANSAS, ET AL.                              DEFENDANTS

ORDER

The Joint Motion for Extension of Time to Extend Motion and Discovery Deadlines is granted (#19).  The discovery deadline is extended up to, and including, November 30, 2010, and the deadline for filing a dispositive motion is extended up to, and including, January 10, 2011.

Based upon a trial date of February 22, 2011, the parties should be aware that when taking into considerations these new deadlines for filing dispositive motions, Federal Rule of Civil Procedure 56, and Local Rule 7.2, the Court may not rule on any pending dispositive motions until the week of trial.

IT IS SO ORDERED THIS   10   day of  November  , 2010.

_____
James M. Moody
United States District Judge