IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KATHRYN JEZWINSKI**                                                                  **PLAINTIFF**

**V.**                             **CASE NO.  4:08CV04211 JMM**

**CITY OF JACKSONVILLE, ARKANSAS, ET AL.**              **DEFENDANTS**

### ORDER

For good cause shown, Defendants' Motion to Supplement Discovery is granted ( #52 and #53).

The Court is aware that Plaintiff objects to the addition of Ms. Wilmoth as a witness because she was not originally disclosed in their initial or supplemental disclosures, and because Plaintiff contends Ms. Wilmoth's testimony is not relevant.

However, the Court finds that Plaintiff will not be prejudiced by the addition of Ms. Wilmoth as a witness and Defendants are directed to make Nikki Wilmoth available to Plaintiff's counsel for deposition and to pay for said deposition.

IT IS SO ORDERED THIS   25   day of    May  , 2011.

                                                           James M. Moody
                                                           United States District Judge