THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KATHRYN JEZWINSKI**                                                  **PLAINTIFF**

**VS.**                **CASE NO. 4:08CV004211 JMM**

**CITY OF JACKSONVILLE, ET AL.**                          **DEFENDANT**

## JUDGMENT

This action came on for trial on July 11th and 12th, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding. On July 12, 2001, at the conclusion of trial the jury returned a verdict in favor of Plaintiff Kathryn Jezwinski and against the Defendant the City of Jacksonville, Arkansas, on Plaintiff's Uniformed Services Employment and Reemployment Rights Act claim. The jury awarded Plaintiff damages in the amount of $93,000.00 and found that Defendant's acts were wilful resulting in an award of liquidated damages in the amount of $93,000.00 for a total award of $186.000.00.

IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiff, Kathryn Jezwinski, have and recover of and from the defendant, the City of Jacksonville, the sum of $186,000.00, together with interest thereon from this date until paid at the rate of  .19%  per annum as provided by law and costs as the Court may find allowable.

Any issues regarding attorneys' fees, reinstatement, or front pay are reserved.

Dated this   13  th day of  July , 2011.

                                                           James M. Moody
                                                           United States District Judge