IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KATHRYN JEZWINSKI**             **PLAINTIFF**

v.        Case No. 4:08-CV4211 JMM

**CITY OF JACKSONVILLE, ARKANSAS
& SUSAN DAVITT, Individually and in her
Official Capacity as City Clerk for the
City of Jacksonville, Arkansas**        **DEFENDANTS**

## AGREED ORDER

The joint motion of the parties to set aside and vacate the judgment based on settlement is GRANTED. Document #76. The judgment entered on July 13, 2011, is hereby vacated and set aside. This action is hereby dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this  5  day of August, 2011.

_____
James M. Moody
United States District